**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

_____**District of Puerto Rico**_____

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

# Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy
06/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **JOSE**<br>First name<br>**HECTOR**<br>Middle name<br>**RODRIGUEZ MARRERO**<br>Last name<br><br>_____<br>Suffix (Sr., Jr., II, III) | **SHEILA**<br>First name<br>**MARIE**<br>Middle name<br>**DIAZ MORALES**<br>Last name<br><br>_____<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | **JOSE**<br>First name<br>**H.**<br>Middle name<br>**RODRIGUEZ MARRERO**<br>Last name<br><br>_____<br>First name<br>_____<br>Middle name<br>_____<br>Last name | **SHEILA**<br>First name<br>**M.**<br>Middle name<br>**DIAZ MORALES**<br>Last name<br><br>**SHEILA**<br>First name<br>**M.**<br>Middle name<br>**DIAZ**<br>Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – **8** **7** **4** **4**<br>OR<br>9xx – xx – ___ ___ ___ | xxx – xx – **9** **5** **0** **2**<br>OR<br>9xx – xx – ___ ___ ___ |

| | | | |
|---|---|---|---|
| Debtor 1 | **JOSE** | **HECTOR** | **RODRIGUEZ MARRERO** |
| Debtor 2 | **SHEILA** | **MARIE** | **DIAZ MORALES** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

**About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):**

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

☐ I have not used any business names or EINs.

**SUPERMARCADO TU ORDEN**
Business name

_____
Business name

__ __ __ - __ __ __ __ __ __ __
EIN

__ __ __ - __ __ __ __ __ __ __
EIN

☑ I have not used any business names or EINs.

_____
Business name

_____
Business name

__ __ __ - __ __ __ __ __ __ __
EIN

__ __ __ - __ __ __ __ __ __ __
EIN

**5. Where you live**

 **Ext. San Luis, Paseo Lajita #6 Carr. 14 KM 48.5 INTERIOR**
Number        Street

 **Aibonito, PR 00705**
City                          State     ZIP Code

 **Aibonito**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

 **HC 43 BOX 10972**
Number       Street

_____
P.O. Box

 **Cayey, PR 00736**
City                          State     ZIP Code

**If Debtor 2 lives at a different address:**

 **Ext. San Luis, Paseo Lajita #6 Carr. 14 KM 48.5 INTERIOR**
Number        Street

 **Cayey, PR 00705**
City                          State     ZIP Code

 **Cayey**
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

 **HC 43 BOX 10972**
Number       Street

_____
P.O. Box

 **Cayey, PR 00736**
City                          State     ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408)

_____

_____

_____

_____

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408)

_____

_____

_____

_____

| Debtor 1 | **JOSE** | **HECTOR** | **RODRIGUEZ MARRERO** | |
|---|---|---|---|---|
| Debtor 2 | **SHEILA** | **MARIE** | **DIAZ MORALES** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

---

### Part 2:  Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☐ No.
☑ Yes.

| District **District of Puerto Rico** | When **05/26/2016** | Case number **16-04192** |
|---|---|---|
| | MM / DD / YYYY | |
| District _____ | When _____ | Case number _____ |
| | MM / DD / YYYY | |
| District _____ | When _____ | Case number _____ |
| | MM / DD / YYYY | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.
☐ Yes.

| Debtor _____ | | Relationship to you _____ |
|---|---|---|
| District _____ | When _____ | Case number, if known _____ |
| | MM / DD / YYYY | |
| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |
| | MM / DD / YYYY | |

**11. Do you rent your residence?**

☑ No.  Go to line 12.

☐ Yes.  Has your landlord obtained an eviction judgment against you?

    ☐ No. Go to line 12.

    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

| Debtor 1 | **JOSE** | **HECTOR** | **RODRIGUEZ MARRERO** |
|---|---|---|---|
| Debtor 2 | **SHEILA** | **MARIE** | **DIAZ MORALES** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

---

## Part 3:   Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No. Go to Part 4.

☑ Yes. Name and location of business

**SUPERMARCADO TU ORDEN**
Name of business, if any

**BO. MATON ABAJO**
Number        Street

**CARRETERA 14 KM 62.7**

**Cayey**                    **PR**        **00736**
City                          State      ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☑ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S. C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☑ Yes.  I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Debtor 1 | **JOSE** | **HECTOR** | **RODRIGUEZ MARRERO** | |
|---|---|---|---|---|
| Debtor 2 | **SHEILA** | **MARIE** | **DIAZ MORALES** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

---

| **Part 4:** | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes. What is the hazard? _____

_____

_____

If immediate attention is needed, why is it needed? _____

_____

_____

Where is the property? _____

Number        Street

_____

_____

City        State        ZIP Code

| Debtor 1 | **JOSE** | **HECTOR** | **RODRIGUEZ MARRERO** | |
|---|---|---|---|---|
| Debtor 2 | **SHEILA** | **MARIE** | **DIAZ MORALES** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

**Part 5:** Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | **JOSE** | **HECTOR** | **RODRIGUEZ MARRERO** | |
|---|---|---|---|---|
| Debtor 2 | **SHEILA** | **MARIE** | **DIAZ MORALES** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

## Part 6:  Answer These Questions for Reporting Purposes

**16.** **What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

**17.** **Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ No.  I am not filing under Chapter 7. Go to line 18.

☐ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

**18.** **How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,000-100,000
☐ More than 100,000

**19.** **How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20.** **How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7:  Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X  **/s/ JOSE HECTOR RODRIGUEZ MARRERO**

JOSE HECTOR RODRIGUEZ MARRERO, Debtor 1

Executed on  **11/08/2022**
MM/  DD/  YYYY

X  **/s/ SHEILA MARIE DIAZ MORALES**

SHEILA MARIE DIAZ MORALES, Debtor 2

Executed on  **11/08/2022**
MM/  DD/  YYYY

| Debtor 1 | **JOSE** | **HECTOR** | **RODRIGUEZ MARRERO** | |
|---|---|---|---|---|
| Debtor 2 | **SHEILA** | **MARIE** | **DIAZ MORALES** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

For your attorney, if you are represented by one

If you are not represented by an attorney, you do not need to file this page.

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** __/s/ Jesus Enrique Batista Sanchez_____   Date __11/08/2022_____
   Signature of Attorney for Debtor                              MM / DD / YYYY

__Jesus Enrique Batista Sanchez_____
Printed name

__The Batista Law Group, PSC_____
Firm name

__239 Ave Arterial Hostos Ste 206_____
Number          Street

__Capital Center Building_____

__San Juan_____   __PR__   __00918-1475_____
City                                    State    ZIP Code

Contact phone __(787) 620-2856_____   Email address __jeb@batistasanchez.com_____

__USDC No. 227014_____   __PR__
Bar number                                State

Fill in this information to identify your case and this filing:

| Debtor 1 | **JOSE** | **HECTOR** | **RODRIGUEZ MARRERO** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **SHEILA** | **MARIE** | **DIAZ MORALES** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of Puerto Rico**

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   **1.1**  **PR 14 Km 62.7 Maton Abajo Ward**
   Street address, if available, or other description

   _____

   **Cayey, PR 00736-9654**
   City                    State    ZIP Code

   **Cayey**
   County

   **What is the property?** Check all that apply.
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☑ Other _____**Commercial**_____

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☑ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Other information you wish to add about this item, such as local property identification number: **665.6726 SQ. METER LOT WITH A COMMERCIAL PROPERTY.**

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   Current value of the entire property? | Current value of the portion you own?
   _**$100,000.00**_ | _**$100,000.00**_

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

   **Fee Simple**

   ☐ Check if this is community property
   (see instructions)

   If you own or have more than one, list here:

   **1.2**  **DEBTOR'S MAIN RESIDENCE A: 3936.176 with a concrete structure with living and dining rooms, 3 bedrooms, 2 baths and kitchen.**
   Street address, if available, or other description

   **EXT. SAN LUIS, PASEO LAJITA #6 CARR. 14 KM 48.5 INTERIOR**

   **Aibonito, PR 00705**
   City                    State    ZIP Code

   **Aibonito**
   County

   **What is the property?** Check all that apply.
   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☑ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Other information you wish to add about this item, such as local property identification number: _____

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   Current value of the entire property? | Current value of the portion you own?
   _**$150,000.00**_ | _**$150,000.00**_

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

   **Fee Simple**

   ☐ Check if this is community property
   (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..................................** → | **$250,000.00**

| Debtor 1 | **JOSE** | **HECTOR** | **RODRIGUEZ MARRERO** | | |
|----------|----------|-----------|----------------------|--|--|
| Debtor 2 | **SHEILA** | **MARIE** | **DIAZ MORALES** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☑ Yes

   3.1 Make: __Toyota__

   Model: __Rav4__

   Year: __2010__

   Approximate mileage: _____

   Other information:
   
   Broken transmission. No "marbete".

   **Who has an interest in the property?** Check one.

   ☑ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ **Check if this is community property**
   (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | $3,000.00 | $3,000.00 |

If you own or have more than one, list here:

   3.2 Make: __Toyota__

   Model: __Matrix__

   Year: __2004__

   Approximate mileage: _____

   Other information:
   
   Used by daughter.

   **Who has an interest in the property?** Check one.

   ☑ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ **Check if this is community property**
   (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | $3,500.00 | $3,500.00 |

   3.3 Make: __Honda__

   Model: __Civic__

   Year: __1991__

   Approximate mileage: _____

   Other information:
   
   No "marbete"

   **Who has an interest in the property?** Check one.

   ☑ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ **Check if this is community property**
   (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | $3,500.00 | $3,500.00 |

| Debtor 1 | **JOSE** | **HECTOR** | **RODRIGUEZ MARRERO** | |
|----------|----------|-----------|------------------------|---|
| Debtor 2 | **SHEILA** | **MARIE** | **DIAZ MORALES** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

3.4   Make:  **Suzuki**

Model:  **XL7**

Year:  **2004**

Approximate mileage:  _____

Other information:

Broken transmission. No "marbete".

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$3,000.00**

Current value of the portion you own?   **$3,000.00**

---

3.5   Make:  **Honda**

Model:  **CR-V**

Year:  **2015**

Approximate mileage:  _____

Other information:

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$14,500.00**

Current value of the portion you own?   **$14,500.00**

---

3.6   Make:  **JEEP**

Model:  **GLADIATOR**

Year:  **2022**

Approximate mileage:  _____

Other information:

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$52,000.00**

Current value of the portion you own?   **$52,000.00**

---

4.   **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
- ☑ No
- ☐ Yes

5.   **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here**.................................................... →  **$79,500.00**

**Part 3:**   Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

| Debtor 1 | **JOSE** | **HECTOR** | **RODRIGUEZ MARRERO** | |
|---|---|---|---|---|
| Debtor 2 | **SHEILA** | **MARIE** | **DIAZ MORALES** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

---

6. **Household goods and furnishings**

   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe........ | Living and dining room sets, bedroom sets, stove, fridge, microwave, kitchenware, miscellaneous kitchen appliances, washer and dryer machines. | **$4,000.00**

7. **Electronics**

   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe........ | TV's, radio, cellular phones | **$400.00**

8. **Collectibles of value**

   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No
   ☐ Yes. Describe........ | |

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☑ No
   ☐ Yes. Describe........ | |

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes. Describe........ | |

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe........ | Clothes, shoes and accesories. | **$500.00**

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ☑ Yes. Describe........ | Wrist watches, chains, bracelets, ring, earring sets. | **$1,000.00**

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☐ No
    ☑ Yes. Describe........ | 2 DOGS | **$50.00**

---

| Debtor 1 | **JOSE** | **HECTOR** | **RODRIGUEZ MARRERO** | |
|---|---|---|---|---|
| Debtor 2 | **SHEILA** | **MARIE** | **DIAZ MORALES** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

---

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Describe........ | _____ | _____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached**
**for Part 3. Write that number here**.................................................................................................... ➜ | **$5,950.00** |

---

| **Part 4:** | Describe Your Financial Assets |
|---|---|

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes.................................................................................................................... Cash.............. | **$200.00** |

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes..................

Institution name:

| 17.1. Other financial account: | **BPPR commercial account x2581 Account required by "Loterias de PR" Money does not belong to the debtors.** | **$0.00** |
|---|---|---|
| 17.2. Other financial account: | **BPPR savings account x4643** | **$7,000.00** |
| 17.3. Other financial account: | **Firstbank** | **$0.00** |
| 17.4. Savings account: | **First Bank commercial account x2525** | **$1,000.00** |
| 17.5. Savings account: | **Oriental Bank savings account** | **$0.00** |
| 17.6. Checking account: | **Oriental Bank checking account x5449** | **$500.00** |

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes..................

Institution or issuer name:

_____        _____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific
information about
them....................

Name of entity:                                          % of ownership:

| Debtor 1 | **JOSE** | **HECTOR** | **RODRIGUEZ MARRERO** | |
|---|---|---|---|---|
| Debtor 2 | **SHEILA** | **MARIE** | **DIAZ MORALES** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

_____     _____     _____

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific
    information about
    them...................

Issuer name:

_____     _____

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each
    account separately.

Type of account:          Institution name:

Retirement account:    **PR GOVERNMENT RETIREMENT PLAN (UNDEFINED)** _____     **$1.00**

Additional account:      **AEELA** _____     **$3,500.00**

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes...................

Institution name or individual:

Electric:                    _____     _____

Gas:                         _____     _____

Heating oil:                 _____     _____

Security deposit on rental unit: _____     _____

Prepaid rent:                _____     _____

Telephone:                   _____     _____

Water:                       _____     _____

Rented furniture:            _____     _____

Other:                       _____     _____

| Debtor 1 | **JOSE** | **HECTOR** | **RODRIGUEZ MARRERO** | |
|----------|----------|------------|------------------------|---|
| Debtor 2 | **SHEILA** | **MARIE** | **DIAZ MORALES** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☐ No
☑ Yes....................

Issuer name and description:

**TRIPLE S AMERICAN NATIONAL | Life insurance cash value**                    **$3,000.00**

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes.....................

Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

_____        _____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific
   information about them....    [                                    ]        _____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

   *Examples:*  Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific
   information about them....    [                                    ]        _____

27. **Licenses, franchises, and other general intangibles**

   *Examples:*  Building permits, exclusive licenses, cooperative association holdings, liquor licenses,
             professional licenses

☑ No
☐ Yes. Give specific
   information about them....    [                                    ]        _____

| **Money or property owed to you?** | | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|---|

28. **Tax refunds owed to you**

☑ No
☐ Yes.  Give specific information about
   them, including whether you
   already filed the returns and
   the tax years......................
   
   Federal: _____
   State: _____
   Local: _____

29. **Family support**

   *Examples:*  Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

| Debtor 1 | **JOSE** | **HECTOR** | **RODRIGUEZ MARRERO** | |
|---|---|---|---|---|
| Debtor 2 | **SHEILA** | **MARIE** | **DIAZ MORALES** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

☑ No
☐ Yes.  Give specific information..........

Alimony: _____

Maintenance: _____

Support: _____

Divorce settlement: _____

Property settlement: _____

**30.  Other amounts someone owes you**

*Examples:*  Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes.  Give specific information..........

_____

**31.  Interests in insurance policies**

*Examples:*  Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes.  Name the insurance company of each policy and list its value....

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| | | |

**32.  Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☐ No
☑ Yes.  Give specific information..........

Co-debtor's inheritance interest. See attachment.

**$1,250.00**

**33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:*  Accidents, employment disputes, insurance claims, or rights to sue

☐ No
☑ Yes.  Describe each claim................

For disclosure purpose and reservation of rights. Debtor is presently investigating potential violations of consumer laws. At this moment, no specific claims have been identified. If any actual violations are discovered, the corresponding claims will be filed, and this schedule will be amended accordingly.

**unknown**

**34.  Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes.  Describe each claim................

_____

| Debtor 1 | **JOSE**<br>**SHEILA** | **HECTOR**<br>**MARIE** | **RODRIGUEZ MARRERO**<br>**DIAZ MORALES** | |
| Debtor 2 | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

---

**35. Any financial assets you did not already list**

☑ No
☐ Yes.  Give specific information..........  [                                    ]   _____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached**
**for Part 4. Write that number here**...................................................................................................➜ | **$16,451.00** |

---

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**
☐ No. Go to Part 6.
☑ Yes. Go to line 38.

> **Current value of the portion you own?**
> Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe........  [                                    ]   _____

**39. Office equipment, furnishings, and supplies**

*Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No
☑ Yes. Describe........  [ Business equipment                    ]   **$15,000.00**

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe........  [                                    ]   _____

**41. Inventory**

☐ No
☑ Yes. Describe........  [ Business inventory                    ]   **$13,000.00**

**42. Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe........

Name of entity:                                   % of ownership:

_____   _____%   _____

**43. Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

    ☑ No
    ☐ Yes. Describe........  [                                    ]   _____

| Debtor 1 | **JOSE** | **HECTOR** | **RODRIGUEZ MARRERO** | |
|---|---|---|---|---|
| Debtor 2 | **SHEILA** | **MARIE** | **DIAZ MORALES** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

---

44. **Any business-related property you did not already list**

☑ No
☐ Yes. Give specific
   information.........

_____     _____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**.................................................................................... ➔   | **$28,000.00** |

---

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
**If you own or have an interest in farmland, list it in Part 1.**

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes.......................     | | _____

48. **Crops—either growing or harvested**

☑ No
☐ Yes. Give specific
   information.............     | | _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes.......................     | | _____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes.......................     | | _____

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific
   information.............     | | _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**.................................................................................... ➔   | **$0.00** |

---

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

---

| Debtor 1 | **JOSE** | **HECTOR** | **RODRIGUEZ MARRERO** | |
|---|---|---|---|---|
| Debtor 2 | **SHEILA** | **MARIE** | **DIAZ MORALES** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

---

53. **Do you have other property of any kind you did not already list?**

    *Examples:* Season tickets, country club membership

    ☑ No
    ☐ Yes. Give specific
       information.............

    _____
    _____
    _____

54. **Add the dollar value of all of your entries from Part 7. Write that number here**.................................➜   | **$0.00** |

---

**Part 8:**  List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2**.................................................................................................➜   | **$250,000.00** |

56. **Part 2: Total vehicles, line 5**   _____ **$79,500.00**

57. **Part 3: Total personal and household items, line 15**   _____ **$5,950.00**

58. **Part 4: Total financial assets, line 36**   _____ **$16,451.00**

59. **Part 5: Total business-related property, line 45**   _____ **$28,000.00**

60. **Part 6: Total farm- and fishing-related property, line 52**   _____ **$0.00**

61. **Part 7: Total other property not listed, line 54**   +_____ **$0.00**

62. **Total personal property.** Add lines 56 through 61..............   | **$129,901.00** |   Copy personal property total ➜ +  | **$129,901.00** |

63. **Total of all property on Schedule A/B.** Add line 55 + line 62.......................................................   | **$379,901.00** |

---

<table>
<tr><td colspan="3">Fill in this information to identify your case:</td></tr>
<tr><td>Debtor 1</td><td><b>JOSE</b><br>First Name</td><td><b>HECTOR</b><br>Middle Name</td><td><b>RODRIGUEZ MARRERO</b><br>Last Name</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td><b>SHEILA</b><br>First Name</td><td><b>MARIE</b><br>Middle Name</td><td><b>DIAZ MORALES</b><br>Last Name</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td colspan="3"><b>District of Puerto Rico</b></td></tr>
<tr><td>Case number<br>(if known)</td><td colspan="3"></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

**04/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☒ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>2010 Toyota Rav4<br>Broken transmission. No "marbete".<br><br>Line from *Schedule A/B*: 3.1 | $3,000.00 | ☒ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>2004 Toyota Matrix<br>Used by daughter.<br><br>Line from *Schedule A/B*: 3.2 | $3,500.00 | ☒ $3,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☒ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No

   ☐ Yes

| Debtor 1 | **JOSE** | **HECTOR** | **RODRIGUEZ MARRERO** | |
|---|---|---|---|---|
| Debtor 2 | **SHEILA** | **MARIE** | **DIAZ MORALES** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>1991 Honda Civic<br>No "marbete"<br><br>Line from *Schedule A/B*: 3.3 | $3,500.00 | ☑ $3,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| Brief description:<br>2004 Suzuki XL7<br>Broken transmission. No "marbete".<br><br>Line from *Schedule A/B*: 3.4 | $3,000.00 | ☑ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| Brief description:<br>Living and dining room sets, bedroom sets, stove, fridge, microwave, kitchenware, miscellaneous kitchen appliances, washer and dryer machines.<br><br>Line from *Schedule A/B*: 6 | $4,000.00 | ☑ $4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>TV's, radio, cellular phones<br><br>Line from *Schedule A/B*: 7 | $400.00 | ☑ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>Clothes, shoes and accesories.<br><br>Line from *Schedule A/B*: 11 | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>Wrist watches, chains, bracelets, ring, earring sets.<br><br>Line from *Schedule A/B*: 12 | $1,000.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| Brief description:<br>2 DOGS<br><br>Line from *Schedule A/B*: 13 | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>Cash<br><br>Line from *Schedule A/B*: 16 | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

| Debtor 1 | **JOSE SHEILA** | **HECTOR MARIE** | **RODRIGUEZ MARRERO** | |
|---|---|---|---|---|
| Debtor 2 | | | **DIAZ MORALES** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>Oriental Bank checking account x5449<br>Checking account<br>Line from *Schedule A/B:* 17 | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>BPPR savings account x4643<br>Other financial account<br>Line from *Schedule A/B:* 17 | $7,000.00 | ☑ $5,800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>First Bank commercial account x2525<br>Savings account<br>Line from *Schedule A/B:* 17 | $1,000.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>PR GOVERNMENT RETIREMENT PLAN (UNDEFINED)<br>Line from *Schedule A/B:* 21 | $1.00 | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(12) |
| Brief description:<br>AEELA<br>Line from *Schedule A/B:* 21 | $3,500.00 | ☑ $3,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(12) |
| Brief description:<br>TRIPLE S AMERICAN NATIONAL<br>Line from *Schedule A/B:* 23 | $3,000.00 | ☑ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>Co-debtor's inheritance interest. See attachment.<br>Line from *Schedule A/B:* 32 | $1,250.00 | ☑ $1,250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>Business inventory<br>Line from *Schedule A/B:* 41 | $13,000.00 | ☑ $5,600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(6) |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **JOSE** | **HECTOR** | **RODRIGUEZ MARRERO** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **SHEILA** | **MARIE** | **DIAZ MORALES** |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **District of Puerto Rico** | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property     **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim | **Column C**<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1** AMERICAN LEADING FINANCE
Creditor's Name

PO Box BOX 192367
Number      Street

San Juan, PR 00919
City                    State      ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
9/2022

**Describe the property that secures the claim:**

2022 JEEP GLADIATOR

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Auto loan**

**Last 4 digits of account number __ __ __ __**

| Column A | Column B | Column C |
|---|---|---|
| $49,000.00 | $52,000.00 | $0.00 |

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $49,000.00 |

| | | |
|---|---|---|
| Debtor 1 | **JOSE** **HECTOR** **RODRIGUEZ MARRERO** | |
| | **SHEILA** **MARIE** **DIAZ MORALES** | |
| Debtor 2 | First Name    Middle Name    Last Name | Case number *(if known)* _____ |

| Part 1: | Additional Page After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|

**2.2** BANCO POPULAR DE PR
Creditor's Name

Po Box 362708
Number    Street

San Juan, PR 00936-2708
City    State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
10/17/2003

**Describe the property that secures the claim:**

DEBTOR'S MAIN RESIDENCE A: 3936.176 with a concrete structure with living and dining rooms, 3 bedrooms, 2 baths and kitchen. EXT. SAN LUIS, PASEO LAJITA #6 CARR. 14 KM 48.5 INTERIOR Aibonito, PR 00705

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
  **Mortgage**

**Last 4 digits of account number** 0  1  2  3

| $105,791.55 | $150,000.00 | $0.00 |

**2.3** CRIM
Creditor's Name

PO Box 195387
Number    Street

San Juan, PR 00919-5387
City    State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred**

**Describe the property that secures the claim:**

DEBTOR'S MAIN RESIDENCE A: 3936.176 with a concrete structure with living and dining rooms, 3 bedrooms, 2 baths and kitchen. EXT. SAN LUIS, PASEO LAJITA #6 CARR. 14 KM 48.5 INTERIOR Aibonito, PR 00705

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
  **Property taxes**

**Last 4 digits of account number** -  0  0  0

| $6.03 | $150,000.00 | $0.00 |

| Add the dollar value of your entries in Column A on this page. Write that number here: | $105,797.58 |
|---|---|

| Debtor 1 | **JOSE** | **HECTOR** | **RODRIGUEZ MARRERO** | |
|---|---|---|---|---|
| Debtor 2 | **SHEILA** | **MARIE** | **DIAZ MORALES** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

| Part 1: | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

---

**2.4** CRIM
Creditor's Name

PO Box 195387
Number     Street

San Juan, PR 00919-5387
City          State     ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
_____

**Describe the property that secures the claim:**

PR 14 Km 62.7 Maton Abajo Ward Cayey, PR 00736-9654

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** __ __ __ __

| Column A | Column B | Column C |
|---|---|---|
| $8,000.00 | $100,000.00 | $0.00 |

---

**2.5** GENESIS AUTO SALES
Creditor's Name

RR 1 BOX 3484 BO. RINCON
Number     Street

Cidra, PR 00739
City          State     ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
_____

**Describe the property that secures the claim:**

2015 Honda CR-V

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **AUTO LOAN**

**Last 4 digits of account number** 8 9 0 0

| Column A | Column B | Column C |
|---|---|---|
| $15,000.00 | $14,500.00 | $500.00 |

---

| **Add the dollar value of your entries in Column A on this page. Write that number here:** | $23,000.00 |
|---|---|

| Debtor 1 | **JOSE** | **HECTOR** | **RODRIGUEZ MARRERO** | |
| | **SHEILA** | **MARIE** | **DIAZ MORALES** | |
| Debtor 2 | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

| | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|
| **Part 1:** | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | | |

---

**2.6** PR RECOVERY AND DEVELOPMENT JV, LLC.
Creditor's Name

PO Box 361110
Number          Street

San Juan, PR 00936
City                State        ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred
11/30/2010

**Describe the property that secures the claim:**

PR 14 Km 62.7 Maton Abajo Ward Cayey, PR 00736-9654

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
     **Mortgage**

**Last 4 digits of account number** 9 8 7 6

Column A: $220,000.00   Column B: $100,000.00   Column C: $120,000.00

---

**2.7** PR RECOVERY AND DEVELOPMENT JV, LLC.
Creditor's Name

PO Box 361110
Number          Street

San Juan, PR 00936
City                State        ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred
11/30/2010

**Describe the property that secures the claim:**

DEBTOR'S MAIN RESIDENCE A: 3936.176 with a concrete structure with living and dining rooms, 3 bedrooms, 2 baths and kitchen. EXT. SAN LUIS, PASEO LAJITA #6 CARR. 14 KM 48.5 INTERIOR Aibonito, PR 00705

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
     **Second mortgage**

**Last 4 digits of account number** 9 8 8 3

Column A: $60,000.00   Column B: $150,000.00   Column C: $0.00

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $280,000.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $457,797.58 |

| Debtor 1 | **JOSE** | **HECTOR** | **RODRIGUEZ MARRERO** | |
|---|---|---|---|---|
| Debtor 2 | **SHEILA** | **MARIE** | **DIAZ MORALES** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

## Part 2: List Others to Be Notified for a Debt That You Already Listed

**Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**

**1**   FERRAIUOLI, LLC
Name

PO Box 195168
Number          Street

LCDO. LUIS G. PARRILLA HERNANDEZ

San Juan, PR 00919
City                          State       ZIP Code

**On which line in Part 1 did you enter the creditor?**   6

**Last 4 digits of account number** ___ ___ ___ ___

---

**2**   FERRAIUOLI, LLC
Name

PO Box 195168
Number          Street

LCDA. SOFIA ANGELICA VAZQUEZ LOZADA

San Juan, PR 00919
City                          State       ZIP Code

**On which line in Part 1 did you enter the creditor?**   6

**Last 4 digits of account number** ___ ___ ___ ___

---

**3**   FRAU & ASOCIADOS
Name

PO Box 331150
Number          Street

JUAN CARLOS GIROD BARNES

Ponce, PR 00733
City                          State       ZIP Code

**On which line in Part 1 did you enter the creditor?**   2

**Last 4 digits of account number** ___ ___ ___ ___

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **JOSE**  **HECTOR**  **RODRIGUEZ MARRERO** |
| | First Name  Middle Name  Last Name |
| Debtor 2 | **SHEILA**  **MARIE**  **DIAZ MORALES** |
| (Spouse, if filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | **District of Puerto Rico** |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims       12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims against you?**
☐ No. Go to Part 2.
☑ Yes.

**2.** **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** **CRIM** | Last 4 digits of account number **8744** | **$25,209.19** | **$25,209.19** | **$0.00** |
| Priority Creditor's Name | **When was the debt incurred?** | | | |
| **PO Box 195387** | **As of the date you file, the claim is:** Check all that apply. | | | |
| Number      Street | ☐ Contingent | | | |
| **San Juan, PR 00919-5387** | ☐ Unliquidated | | | |
| City      State      ZIP Code | ☐ Disputed | | | |
| **Who incurred the debt?** Check one. | | | | |
| ☐ Debtor 1 only | **Type of PRIORITY unsecured claim:** | | | |
| ☐ Debtor 2 only | ☐ Domestic support obligations | | | |
| ☑ Debtor 1 and Debtor 2 only | ☑ Taxes and certain other debts you owe the government | | | |
| ☐ At least one of the debtors and another | ☐ Claims for death or personal injury while you were intoxicated | | | |
| ☐ **Check if this claim is for a community debt** | | | | |
| **Is the claim subject to offset?** | ☐ Other. Specify | | | |
| ☑ No | | | | |
| ☐ Yes | | | | |

| | | | |
|---|---|---|---|
| Debtor 1 | **JOSE** | **HECTOR** | **RODRIGUEZ MARRERO** |
| Debtor 2 | **SHEILA** | **MARIE** | **DIAZ MORALES** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

## Part 1:   Your PRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.2**

**DEPARTAMENTO DE HACIENDA**
Priority Creditor's Name

**BANKRUPTCY DEPARTMENT**

**Po Box 9024140**
Number       Street

**San Juan, PR 00902-4140**
City                      State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Personal state taxes and PRITAS

Last 4 digits of account number  **8744**

When was the debt incurred?  **2014, 2016, 2019, 2021**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify

**Total claim** $24,566.49   **Priority amount** $24,566.49   **Nonpriority amount** $0.00

**2.3**

**IRS**
Priority Creditor's Name

**PO Box 7346**
Number       Street

**Philadelphia, PA 19101**
City                      State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** NOTICE PURPOSES

Last 4 digits of account number  **8744**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify

**Total claim** $1.00   **Priority amount** $1.00   **Nonpriority amount** $0.00

**2.4**

**Municipio de Cayey**
Priority Creditor's Name

**PO Box 371330**
Number       Street

**Cayey, PR 00737**
City                      State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  _____

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify

**Total claim** $1.00   **Priority amount** $1.00   **Nonpriority amount** $0.00

| Debtor 1 | **JOSE** | **HECTOR** | **RODRIGUEZ MARRERO** | |
|---|---|---|---|---|
| Debtor 2 | **SHEILA** | **MARIE** | **DIAZ MORALES** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

## Part 2:  List All of Your NONPRIORITY Unsecured Claims

**3.  Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

**4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | **Total claim** |
|---|---|---|

### 4.1

| **LUMA ENERGY** | Last 4 digits of account number  **4043** | **$14,142.74** |
|---|---|---|

Nonpriority Creditor's Name

**PO Box BOX 363508**

Number        Street

**San Juan, PR 00936**

City        State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business utility bill**

### 4.2

| **LVNV FUNDING** | Last 4 digits of account number  **4560** | **$771.00** |
|---|---|---|

Nonpriority Creditor's Name

**PO Box 10497**

Number        Street

**Greenville, SC 29603**

City        State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?**   **11/01/2019**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card**

### 4.3

| **SMALL BUSINESS ADMINISTRATION** | Last 4 digits of account number  _____ | **$25,000.00** |
|---|---|---|

Nonpriority Creditor's Name

**PO Box 3918**

Number        Street

**Portland, OR 97208-3918**

City        State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Emergency loan**

| Debtor 1 | **JOSE** | **HECTOR** | **RODRIGUEZ MARRERO** | |
|---|---|---|---|---|
| Debtor 2 | **SHEILA** | **MARIE** | **DIAZ MORALES** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

**6.** **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | **$0.00** |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | **$49,777.68** |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | **$0.00** |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. | **$49,777.68** |

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | **$0.00** |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$0.00** |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | **$39,913.74** |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | **$39,913.74** |

Fill in this information to identify your case:

| | | |
|---|---|---|
| Debtor 1 | **JOSE** | **HECTOR** | **RODRIGUEZ MARRERO** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **SHEILA** | **MARIE** | **DIAZ MORALES** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of Puerto Rico**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases                    **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | **IVAN DE JESUS** | Residential lease for daughter studying in Mayaguez |
| | Name | Contract to be ASSUMED |
| | Number        Street | |
| | City                        State        ZIP Code | |
| 2.2 | | |
| | Name | |
| | Number        Street | |
| | City                        State        ZIP Code | |
| 2.3 | | |
| | Name | |
| | Number        Street | |
| | City                        State        ZIP Code | |
| 2.4 | | |
| | Name | |
| | Number        Street | |
| | City                        State        ZIP Code | |

Fill in this information to identify your case:

| Debtor 1 | JOSE | HECTOR | RODRIGUEZ MARRERO |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | SHEILA | MARIE | DIAZ MORALES |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of Puerto Rico**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106H

## Schedule H: Your Codebtors

**12/15**

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☑ No

   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No. Go to line 3.

   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No

      ☐ Yes. In which community state or territory did you live? _____ Fill in the name and current address of that person.

      Name _____

      Number      Street _____

      City _____ State ____ ZIP Code ____

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| 3.1 _____ Name | ☐ Schedule D, line _____ |
| _____ | ☐ Schedule E/F, line _____ |
| Number      Street | ☐ Schedule G, line _____ |
| City _____ State ____ ZIP Code | |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **JOSE** | **HECTOR** | **RODRIGUEZ MARRERO** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **SHEILA** | **MARIE** | **DIAZ MORALES** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **District of Puerto Rico** | |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

# Schedule I: Your Income

**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed ☐ Not Employed | ☑ Employed ☐ Not Employed |
| Occupation | | Business owner | Teacher |
| Employer's name | | Supermercados Tu Orden | Department of Education |
| Employer's address | | Carr. 14 Km 62.7, Maton Ward | PO Box 190759 |
| | | Number Street | Number Street |
| | | Cayey, PR 00736 | San Juan, PR 00919 |
| | | City        State        Zip Code | City        State        Zip Code |
| How long employed there? | | 12 years | 13 years |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions.) If not paid monthly, calculate what the monthly wage would be. | 2. $0.00 | $2,990.00 |
| 3. Estimate and list monthly overtime pay. | 3. + $0.00 | + $0.00 |
| 4. Calculate gross income. Add line 2 + line 3. | 4. $0.00 | $2,990.00 |

Debtor 1   **JOSE**          **HECTOR**          **RODRIGUEZ MARRERO**
Debtor 2   **SHEILA**        **MARIE**           **DIAZ MORALES**                                    Case number *(if known)* _____
           First Name        Middle Name         Last Name

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here..............................................➔ 4. | $0.00 | $2,990.00 |
| **5.** | **List all payroll deductions:** | | |
| | 5a. **Tax, Medicare, and Social Security deductions**  5a. | $0.00 | $518.21 |
| | 5b. **Mandatory contributions for retirement plans**  5b. | $0.00 | $82.99 |
| | 5c. **Voluntary contributions for retirement plans**  5c. | $0.00 | $0.00 |
| | 5d. **Required repayments of retirement fund loans**  5d. | $0.00 | $0.00 |
| | 5e. **Insurance**  5e. | $0.00 | $259.30 |
| | 5f. **Domestic support obligations**  5f. | $0.00 | $0.00 |
| | 5g. **Union dues**  5g. | $0.00 | $0.00 |
| | 5h. **Other deductions.** Specify: _AEELA SAVINGS_  5h. + | $0.00  + | $69.50 |
| **6.** | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.  6. | $0.00 | $930.00 |
| **7.** | **Calculate total monthly take-home pay.** Subtract line 6 from line 4.  7. | $0.00 | $2,060.00 |
| **8.** | **List all other income regularly received:** | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.  8a. | $3,874.32 | $0.00 |
| | 8b. **Interest and dividends**  8b. | $0.00 | $0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.  8c. | $0.00 | $0.00 |
| | 8d. **Unemployment compensation**  8d. | $0.00 | $0.00 |
| | 8e. **Social Security**  8e. | $0.00 | $0.00 |
| | 8f. **Other government assistance that you regularly receive** | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | |
| | Specify: _____  8f. | $0.00 | $0.00 |
| | 8g. **Pension or retirement income**  8g. | $0.00 | $0.00 |
| | 8h. **Other monthly income.** Specify: _"Tutorias"_  8h. + | $0.00  + | $713.00 |
| **9.** | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.  9. | $3,874.32 | $713.00 |
| **10.** | **Calculate monthly income.** Add line 7 + line 9.  Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse  10. | $3,874.32  + | $2,773.00  = $6,647.32 |

11. **State all other regular contributions to the expenses that you list in _Schedule J._**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____     11. +   $0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies     12.   $6,647.32

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain: _____

Official Form 106I                                    **Schedule I: Your Income**                                    page **2**

| Debtor 1 | **JOSE SHEILA** | **HECTOR MARIE** | **RODRIGUEZ MARRERO DIAZ MORALES** | |
|---|---|---|---|---|
| Debtor 2 | | | | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

8a. Attached Statement

## Business Income

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

| | | |
|---|---|---|
| 1. | Gross Monthly Income: | $31,569.00 |

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | | | |
|---|---|---|---|
| 2. | Ordinary and necessary expense | | $0.00 |
| 3. | Net Employee Payroll (Other than debtor) | | $0.00 |
| 4. | Payroll Taxes | | $0.00 |
| 5. | Unemployment Taxes | | $0.00 |
| 6. | Worker's Compensation | | $0.00 |
| 7. | Other Taxes | | $0.00 |
| 8. | Inventory Purchases (Including raw materials) | | $24,912.85 |
| 9. | Purchase of Feed/Fertilizer/Seed/Spray | | $0.00 |
| 10. | Rent (Other than debtor's principal residence) | | $0.00 |
| 11. | Utilities | | $0.00 |
| 12. | Office Expenses and Supplies | | $0.00 |
| 13. | Repairs and Maintenance | | $0.00 |
| 14. | Vehicle Expenses | | $718.42 |
| 15. | Travel and Entertainment | | $0.00 |
| 16. | Equipment Rental and Leases | | $0.00 |
| 17. | Legal/Accounting/Other Professional Fees | | $0.00 |
| 18. | Insurance | | $0.00 |
| 19. | Employee Benefits (e.g., pension, medical, etc.) | | $0.00 |
| 20. | Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts | | |
| | TOTAL PAYMENTS TO SECURED CREDITORS | | $0.00 |
| 21. | Other Expenses | | |
| | Public services | $1,231.71 | |
| | Licenses and permit | $245.85 | |
| | Other expenses | $585.85 | |
| | TOTAL OTHER EXPENSES | $2,063.41 | |
| 22. | TOTAL MONTHLY EXPENSES(Add item 2 - 21) | | $27,694.68 |

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

| | | |
|---|---|---|
| 23. | AVERAGE NET MONTHLY INCOME(Subtract item 22 from item 1) | $3,874.32 |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **JOSE** | **HECTOR** | **RODRIGUEZ MARRERO** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **SHEILA** | **MARIE** | **DIAZ MORALES** |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **District of Puerto Rico** | |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☑ Yes. **Does Debtor 2 live in a separate household?**

       ☑ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No

   ☑ Yes. Fill out this information for each dependent.............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Child | 20 yrs. | ☐ No.  ☑ Yes. |
| Child | 15 yrs. | ☐ No.  ☑ Yes. |
| | | ☐ No.  ☐ Yes. |
| | | ☐ No.  ☐ Yes. |
| | | ☐ No.  ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J,* check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | **Your expenses** |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $890.00 |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | $0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $100.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $0.00 |

| Debtor 1 | **JOSE** | **HECTOR** | **RODRIGUEZ MARRERO** | |
|---|---|---|---|---|
| Debtor 2 | **SHEILA** | **MARIE** | **DIAZ MORALES** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

| | | **Your expenses** |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $0.00 |
| 6. | **Utilities:** | |
| | 6a. Electricity, heat, natural gas | 6a. $357.00 |
| | 6b. Water, sewer, garbage collection | 6b. $150.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $250.00 |
| | 6d. Other. Specify: _____ | 6d. $0.00 |
| 7. | **Food and housekeeping supplies** | 7. $710.00 |
| 8. | **Childcare and children's education costs** | 8. $150.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $250.00 |
| 10. | **Personal care products and services** | 10. $200.00 |
| 11. | **Medical and dental expenses** | 11. $100.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $500.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $200.00 |
| 14. | **Charitable contributions and religious donations** | 14. $0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a. Life insurance | 15a. $0.00 |
| | 15b. Health insurance | 15b. $0.00 |
| | 15c. Vehicle insurance | 15c. $0.00 |
| | 15d. Other insurance. Specify: _____ | 15d. $0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. $0.00 |
| 17. | **Installment or lease payments:** | |
| | 17a. Car payments for Vehicle 1 | 17a. $732.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $358.00 |
| | 17c. Other. Specify: _____ | 17c. $0.00 |
| | 17d. Other. Specify: _____ | 17d. $0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. $0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | |
| | 20a. Mortgages on other property | 20a. $700.00 |
| | 20b. Real estate taxes | 20b. $150.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $0.00 |

| Debtor 1 | **JOSE** | **HECTOR** | **RODRIGUEZ MARRERO** | |
|---|---|---|---|---|
| Debtor 2 | **SHEILA** | **MARIE** | **DIAZ MORALES** | Case number *(if known)* |
| | First Name | Middle Name | Last Name | |

| | | | |
|---|---|---|---|
| **21.** | **Other.** Specify: Mortgage arrears to BPPR x0123 $42,000 / 120 months | 21. + | $350.00 |
| **22.** | **Calculate your monthly expenses.** | | |
| | 22a. Add lines 4 through 21. | 22a. | $6,147.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | 22b. | $0.00 |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | 22c. | $6,147.00 |
| **23.** | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 (your combined monthly income) from *Schedule I*. | 23a. | $6,647.32 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. − | $6,147.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. | $500.32 |

**24.   Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.

None

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **JOSE** | **HECTOR** | **RODRIGUEZ MARRERO** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **SHEILA** | **MARIE** | **DIAZ MORALES** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **District of Puerto Rico** | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

## Part 1:  Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*........................................................... | $250,000.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*.............................................. | $129,901.00 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*.......................................................... | $379,901.00 |

## Part 2:  Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | $457,797.58 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..................................... | $49,777.68 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | + $39,913.74 |
| **Your total liabilities** | $547,489.00 |

## Part 3:  Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*........................................................................ | $6,647.32 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*............................................................................. | $6,147.00 |

| Debtor 1 | **JOSE** | **HECTOR** | **RODRIGUEZ MARRERO** | |
|----------|----------|------------|----------------------|--|
| Debtor 2 | **SHEILA** | **MARIE** | **DIAZ MORALES** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

---

**Part 4:** Answer These Questions for Administrative and Statistical Records

---

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

---

7. **What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

---

8. From the ***Statement of Your Current Monthly Income***: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$6,977.09

---

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|--|-------------|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $49,777.68 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $0.00 |
| 9d. Student loans. (Copy line 6f.) | $0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $0.00 |
| 9g. **Total**. Add lines 9a through 9f. | $49,777.68 |

---

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **JOSE** | **HECTOR** | **RODRIGUEZ MARRERO** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **SHEILA** | **MARIE** | **DIAZ MORALES** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of Puerto Rico**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## ▮ Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

**X** /s/ JOSE HECTOR RODRIGUEZ MARRERO
JOSE HECTOR RODRIGUEZ MARRERO, Debtor 1

**X** /s/ SHEILA MARIE DIAZ MORALES
SHEILA MARIE DIAZ MORALES, Debtor 2

Date 11/08/2022
   MM/ DD/ YYYY

Date 11/08/2022
   MM/ DD/ YYYY

---

Fill in this information to identify your case:

| Debtor 1 | **JOSE** | **HECTOR** | **RODRIGUEZ MARRERO** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **SHEILA** | **MARIE** | **DIAZ MORALES** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of Puerto Rico**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy   04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

---

### Part 1:  Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number    Street | From _____ To _____ | _____ Number    Street | From _____ To _____ |
| _____ City          State  ZIP Code | | _____ City          State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number    Street | From _____ To _____ | _____ Number    Street | From _____ To _____ |
| _____ City          State  ZIP Code | | _____ City          State  ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No

☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

---

**Part 2:** Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | <br>$27,000.00 | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | <br>$31,139.00 |
| **For last calendar year:**<br>(January 1 to December 31, _2021_ )<br>　　　　　　　　　　　YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | <br>$63,883.00 | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | <br>$24,816.00 |
| **For the calendar year before that:**<br>(January 1 to December 31, _2020_ )<br>　　　　　　　　　　　YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | <br>$236,715.00 | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | <br>$23,272.00 |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☑ No

☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | _____ | _____ | _____ | _____ |
| | _____ | _____ | _____ | _____ |
| | _____ | _____ | _____ | _____ |
| **For last calendar year:**<br>(January 1 to December 31, _2021_ )<br>　　　　　　　　　　　YYYY | _____ | _____ | _____ | _____ |
| | _____ | _____ | _____ | _____ |
| | _____ | _____ | _____ | _____ |
| **For the calendar year before that:**<br>(January 1 to December 31, _2020_ )<br>　　　　　　　　　　　YYYY | _____ | _____ | _____ | _____ |
| | _____ | _____ | _____ | _____ |
| | _____ | _____ | _____ | _____ |

Official Form 107　　　　　　　　**Statement of Financial Affairs for Individuals Filing for Bankruptcy**　　　　　　　　page **2**

| Debtor 1 | **JOSE** | **HECTOR** | **RODRIGUEZ MARRERO** | |
|---|---|---|---|---|
| Debtor 2 | **SHEILA** | **MARIE** | **DIAZ MORALES** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

| **Part 3:** | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No. Go to line 7.

☐ Yes.   List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No. Go to line 7.

☐ Yes.   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| _____<br>Creditor's Name<br>_____<br>Number     Street<br>_____<br>City          State     ZIP Code | _____<br><br>_____ | _____<br><br>_____ | _____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| _____<br>Insider's Name<br>_____<br>Number     Street<br>_____<br>City          State     ZIP Code | _____<br><br>_____ | _____ | _____ | |

| Debtor 1 | JOSE | HECTOR | RODRIGUEZ MARRERO | |
|---|---|---|---|---|
| Debtor 2 | SHEILA | MARIE | DIAZ MORALES | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| _____ <br> Insider's Name | _____ | _____ | _____ | |
| _____ <br> Number    Street | _____ | | | |
| _____ <br> | _____ | | | |
| _____ <br> City            State      ZIP Code | | | | |

---

**Part 4:**  Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | PR RECOVERY AND DEVELOPMENT JV, LLC VS. JOSE HECTOR RODRIGUEZ MARRERO; SHEILA MARIE DIAZ MORALES | COLLECTION OF MONEY AND FORECLOSURE | PR STATE CT GUAYAMA PART <br> Court Name <br> PO Box 300 <br> Number    Street <br> Guayama, PR 00785 <br> City            State      ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number | G CD2016-0034 | | | |
| Case title | BANCO POPULAR DE PR VS. JOSE HECTOR RODRIGUEZ MARRERO | COLLECTION OF MONEY (IN REM) | PR STATE CT AIBONITO PART <br> Court Name <br> PO Box 1449 <br> Number    Street <br> Aibonito, PR 00705 <br> City            State      ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number | AI2022CV00123 | | | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

---

Debtor 1    **JOSE**        **HECTOR**        **RODRIGUEZ MARRERO**

Debtor 2    **SHEILA**       **MARIE**         **DIAZ MORALES**

| First Name | Middle Name | Last Name | Case number *(if known)* _____ |
|---|---|---|---|

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| **Creditor's Name** _____ | | _____ | _____ |
| **Number**   **Street** _____ | **Explain what happened** | | |
| _____ | ☐ Property was repossessed. | | |
| **City**    **State**   **ZIP Code** | ☐ Property was foreclosed. | | |
| | ☐ Property was garnished. | | |
| | ☐ Property was attached, seized, or levied. | | |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Creditor's Name** _____ | | _____ | _____ |
| **Number**   **Street** _____ | | | |
| _____ | | | |
| **City**     **State**   **ZIP Code** | Last 4 digits of account number: XXXX– __ __ __ __ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

Debtor 1   **JOSE**          **HECTOR**       **RODRIGUEZ MARRERO**

Debtor 2   **SHEILA**        **MARIE**        **DIAZ MORALES**

            First Name        Middle Name      Last Name

Case number *(if known)* _____

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | _____ | _____ |
| Person to Whom You Gave the Gift | | _____ | _____ |
| _____ | | | |
| Number     Street | | | |
| _____ | | | |
| City                State     ZIP Code | | | |
| Person's relationship to you _____ | | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| | | _____ | _____ |
| Charity's Name | | _____ | _____ |
| _____ | | | |
| Number     Street | | | |
| _____ | | | |
| City                State     ZIP Code | | | |

---

**Part 6:**  List Certain Losses

---

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss | Date of your loss | Value of property lost |
|---|---|---|---|
| | Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | _____ | _____ |

| Debtor 1 | JOSE | HECTOR | RODRIGUEZ MARRERO | |
|---|---|---|---|---|
| Debtor 2 | SHEILA | MARIE | DIAZ MORALES | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

| Part 7: | List Certain Payments or Transfers |
|---|---|

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| The Batista Law Group | Attorney's fees $5,000; Filing Costs $1,738.00 | | |
| Person Who Was Paid | | | |
| Capital Center Building 239 Ave. | | 10/31/2022 | $5,000.00 |
| Arterial Hostos 206 | | 10/31/2022 | $1,738.00 |
| Number     Street | | | |
| San Juan, PR 00918 | | | |
| City            State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number     Street | | | |
| City            State    ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No

☐ Yes. Fill in the details.

| Debtor 1 | JOSE | HECTOR | RODRIGUEZ MARRERO | |
|---|---|---|---|---|
| Debtor 2 | SHEILA | MARIE | DIAZ MORALES | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | |
| Number     Street | | | |
| City          State     ZIP Code | | | |
| Person's relationship to you _____ | | | |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

☑ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | |

---

| Part 8: | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?** Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Name of Financial Institution** | XXXX– ___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other _____ | _____ | _____ |
| **Number     Street** | | | | |
| **City          State     ZIP Code** | | | | |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

Debtor 1    **JOSE        HECTOR      RODRIGUEZ MARRERO**
Debtor 2    **SHEILA      MARIE       DIAZ MORALES**                    Case number *(if known)* _____
            First Name    Middle Name Last Name

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Name of Financial Institution** | **Name** | | ☐ No |
| | | | ☐ Yes |
| **Number   Street** | **Number   Street** | | |
| **City            State   ZIP Code** | **City            State   ZIP Code** | | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Name of Storage Facility** | **Name** | | ☐ No |
| | | | ☐ Yes |
| **Number   Street** | **Number   Street** | | |
| **City            State   ZIP Code** | **City            State   ZIP Code** | | |

**Part 9:**  Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **Owner's Name** | **Number   Street** | | _____ |
| **Number   Street** | **City            State   ZIP Code** | | |
| **City            State   ZIP Code** | | | |

| Debtor 1 | **JOSE** | **HECTOR** | **RODRIGUEZ MARRERO** | |
|---|---|---|---|---|
| Debtor 2 | **SHEILA** | **MARIE** | **DIAZ MORALES** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

| Part 10: | Give Details About Environmental Information |
|---|---|

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____<br>Name of site | _____<br>Governmental unit | | _____ |
| _____<br>Number   Street | _____<br>Number   Street | | |
| _____<br>City          State   ZIP Code | _____<br>City          State   ZIP Code | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____<br>Name of site | _____<br>Governmental unit | | _____ |
| _____<br>Number   Street | _____<br>Number   Street | | |
| _____<br>City          State   ZIP Code | _____<br>City          State   ZIP Code | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

Debtor 1    **JOSE**      **HECTOR**      **RODRIGUEZ MARRERO**
Debtor 2    **SHEILA**      **MARIE**      **DIAZ MORALES**

First Name     Middle Name     Last Name      Case number *(if known)* _____

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| **Case title** _____ <br><br> _____ <br><br> **Case number** _____ | **Court Name** _____ <br><br> **Number   Street** _____ <br><br> **City      State    ZIP Code** | | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |

---

**Part 11:** Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number <br> Do not include Social Security number or ITIN. |
|---|---|---|
| SUPERMARCADO TU ORDEN <br> **Name** <br><br> BO. MATON ABAJO <br> **Number   Street** <br><br> _____ <br><br> Cayey, PR 00736 <br> **City      State    ZIP Code** | Supermarket <br><br> **Name of accountant or bookkeeper** | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ <br><br> **Dates business existed** <br><br> From  _2011_  To  _____ |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

| | Date issued |
|---|---|
| _____ <br> **Name** <br><br> _____ <br> **Number   Street** <br><br> _____ <br><br> _____ <br> **City      State    ZIP Code** | _____ <br> **MM / DD / YYYY** |

| Debtor 1 | **JOSE** | **HECTOR** | **RODRIGUEZ MARRERO** | |
|---|---|---|---|---|
| Debtor 2 | **SHEILA** | **MARIE** | **DIAZ MORALES** | Case number *(if known)* |
| | First Name | Middle Name | Last Name | |

| Part 12: | Sign Below |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X** /s/ JOSE HECTOR RODRIGUEZ MARRERO          **X** /s/ SHEILA MARIE DIAZ MORALES

Signature of JOSE HECTOR RODRIGUEZ          Signature of SHEILA MARIE DIAZ MORALES, Debtor
MARRERO, Debtor 1                            2

Date  11/08/2022                             Date  11/08/2022

**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____          Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Puerto Rico

**In re**    RODRIGUEZ MARRERO, JOSE HECTOR

DIAZ MORALES, SHEILA MARIE                          Case No. _____

**Debtor**                                          Chapter _____ 11 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered
or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **NO LOOK FEE**

For legal services, I have agreed to accept ........................................................................ _____

Prior to the filing of this statement I have received ........................................................... _____

Balance Due ........................................................................................................................ _____

☑ **RETAINER**

For legal services, I have agreed to accept and received a retainer of ..................................... _____ $5,000.00

The undersigned shall bill against the retainer at an hourly rate of .......................................... _____ $275.00
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and
expenses exceeding the amount of the retainer.

2.    ____ $1,738.00 ____ of the filing fee has been paid.

3.    The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

4.    The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

5.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my
law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my
law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in
bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

B2030 (Form 2030) (12/15)

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d.    (1) The fee agreement between THE BATISTA LAW GROUP, PSC and debtor(s) provides for fees to be billed at the standard rate of $275.00 per hour for services performed by Jesus E. Batista. Matters attended by associate attorneys will be charged at the rate of $225.00, and matters attended by paralegal staff and/or in-house accountant at the rate of $100.00 per hour. Expenses will be charged at their cost/price. The fees were collected by THE BATISTA LAW GROUP, PSC. and undersigned counsel has not been paid any of these fees.
      (2) In addition, the Debtor advanced $500.00 to cover fees and cost related to Debtor's case. The fees and costs to be covered include but are not limited to: filing fees ($313.00); title study ($60.00-$75.00); credit counseling (first and second, $60.00-$80.00); credit reports ($35.00); copies and mailing ($25.00); comparables search ($10.00).

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation of the debtors in any dischargeability actions, judicial lien avoidances, appeals, relief from stay actions, adversary proceedings, preparation and filing of reaffirmation agreements and applications as needed or preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods. In addition, this agreement is limited to Bankruptcy work up to Debtor's Discharge Order. This agreement does not include any work in local state courts, administrative court or any other forum other than the bankruptcy court.

---

CERTIFICATION

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____11/08/2022_____          _____/s/ Jesus Enrique Batista Sanchez_____
*Date*                                  Jesus Enrique Batista Sanchez
                                        *Signature of Attorney*
                                                    Bar Number: USDC No. 227014
                                                    The Batista Law Group, PSC
                                                    Capital Center Building
                                                    239 Ave Arterial Hostos Ste 160
                                                    San Juan, PR 00918-1475
                                                    Phone: (787) 620-2856

                                        _____The Batista Law Group, PSC_____
                                        *Name of law firm*

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **JOSE** | **HECTOR** | **RODRIGUEZ MARRERO** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **SHEILA** | **MARIE** | **DIAZ MORALES** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **District of Puerto Rico** | |
| Case number (if known) | _____ | | |

☐ Check if this is an amended filing

## Official Form 122B

# Chapter 11 Statement of Your Current Monthly Income

12/21

**You must file this form if you are an individual and are filing for bankruptcy under Chapter 11 (other than Subchapter V). If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).**

### Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☑ **Married.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

   **Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0.00 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $0.00 | $2,746.27 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse. | $0.00 | $0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $0.00 | $0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $31,569.00 | $0.00 | | | |
| Ordinary and necessary operating expenses | − $27,694.68 | − $0.00 | | | |
| Net monthly income from a business, profession, or farm | $3,874.32 | $0.00 | Copy here → | $3,874.32 | $0.00 |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | | |
| Ordinary and necessary operating expenses | − $0.00 | − $0.00 | | | |
| Net monthly income from rental or other real property | $0.00 | $0.00 | Copy here → | $0.00 | $0.00 |

| Debtor 1 | **JOSE SHEILA** | **HECTOR MARIE** | **RODRIGUEZ MARRERO DIAZ MORALES** | |
|---|---|---|---|---|
| Debtor 2 | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 7. | **Interest, dividends, and royalties** | $0.00 | $0.00 |
| 8. | **Unemployment compensation** | $0.00 | $0.00 |

Do not enter the amount if you contend that the amount received was a benefit under

the Social Security Act. Instead, list it here: ................................... ↓

For you....................................................................... $0.00

For your spouse......................................................... $0.00

| | | | |
|---|---|---|---|
| 9. | **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title. | $0.00 | $0.00 |
| 10. | **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below. | | |

If necessary, list other sources on a separate page and put the total below.

| | | | |
|---|---|---|---|
| | "Tutorias" | $0.00 | $356.50 |
| | _____ | _____ | _____ |
| | Total amounts from separate pages, if any. | + _____ | + _____ |
| 11. | **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B. | $3,874.32 | + $3,102.77 = $6,977.09 |

**Total average monthly income**

---

**Part 2:** Sign Below

---

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X **/s/ JOSE HECTOR RODRIGUEZ MARRERO**          X **/s/ SHEILA MARIE DIAZ MORALES**
Signature of Debtor 1                                              Signature of Debtor 2

Date  11/08/2022                                                      Date  11/08/2022
MM/ DD/ YYYY                                                         MM/ DD/ YYYY

---

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO
HATO REY DIVISION**

IN RE: **RODRIGUEZ MARRERO, JOSE
HECTOR
DIAZ MORALES, SHEILA MARIE**

CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____11/08/2022_____    Signature _____/s/ JOSE HECTOR RODRIGUEZ MARRERO_____
JOSE HECTOR RODRIGUEZ MARRERO, Debtor

Date _____11/08/2022_____    Signature _____/s/ SHEILA MARIE DIAZ MORALES_____
SHEILA MARIE DIAZ MORALES, Joint Debtor

AMERICAN LEADING FINANCE
PO Box BOX 192367
San Juan, PR 00919

BANCO POPULAR DE PR
Po Box 362708
San Juan, PR 00936-2708

CRIM
PO Box 195387
San Juan, PR 00919-5387

DEPARTAMENTO DE
HACIENDA
BANKRUPTCY DEPARTMENT
Po Box 9024140
San Juan, PR 00902-4140

FERRAIUOLI, LLC
LCDO. LUIS G. PARRILLA HERNANDEZ
PO Box 195168
San Juan, PR 00919

FERRAIUOLI, LLC
LCDA. SOFIA ANGELICA VAZQUEZ
LOZADA
PO Box 195168
San Juan, PR 00919

FRAU & ASOCIADOS
JUAN CARLOS GIROD BARNES
PO Box 331150
Ponce, PR 00733

GENESIS AUTO SALES
RR 1 BOX 3484 BO. RINCON
Cidra, PR 00739

IRS
PO Box 7346
Philadelphia, PA 19101


IVAN DE JESUS



LUMA ENERGY
PO Box BOX 363508
San Juan, PR 00936


LVNV FUNDING
PO Box 10497
Greenville, SC 29603


Municipio de Cayey
PO Box 371330
Cayey, PR 00737


PR RECOVERY AND
DEVELOPMENT JV, LLC.
PO Box 361110
San Juan, PR 00936


SMALL BUSINESS
ADMINISTRATION
PO Box 3918
Portland, OR 97208-3918

## JOINT DEBTOR'S INHERITANCE INTEREST CALCULATION

Joint Debtor, Sheila Marie Diaz Morales, owns an interest over father's estate.

The estate consists of a property located at Carretera 156 KM 1.2 Int. Sector Flamboyán, Orocovis, PR 00720

Property estimated value is $120,000.00

Debtor's interest is calculated as follows:

Value $120,000.00 – Sales cost 10% ($12,000.00) – debt $98,000.00 = $10,000 / 2 $5,000 / 4 = $1,250.00