## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

In re:

JOSE HECTOR RODRIGUEZ MARRERO
SHEILA MARIE DIAZ MORALES
Debtor(s)

Case No. 22-03228

Chapter 11

### AMENDMENTS TO SCHEDULES

**TO THE HONORABLE COURT:**

**COMES NOW DEBTORS,** by and through the undersigned attorney respectfully move this

Honorable Court to AMEND SCHEDULES and is support thereof respectfully STATE, ALLEGE AND PRAY:

1. AMENDED SCHEDULE A/B to include account receivable and liquor licenses.

2. AMENDED SCHEDULE C to claim as exempt the account receivable.

3. AMENDED SCHEDULE G to correct debtor's son's address.

4. AMENDED SOFA: to include the trade-in of a 2014 Honda Civic at question #18.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I electronically filed the above document

with the Clerk using CM/ECF system, which will send notification, upon information and belief, of such

filing to the following: CHAPTER 11 TRUSTEE AND THE UNITED STATES TRUSTEE and to all CM/ECF

participants.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico this 1st day of December 2022.

**THE BATISTA LAW GROUP, PSC**
Jesus E. Batista, USDC No. 227014
PO BOX 191059
SAN JUAN PR 00919
Tel (787) 620-2856
Fax (787) 777-1589
/s/ Jesus E. Batista, Esq
Jesus E. Batista Sanchez, Esq.
E-mail: jeb@batistasanchez.com

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **JOSE** | **HECTOR** | **RODRIGUEZ MARRERO** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **SHEILA** | **MARIE** | **DIAZ MORALES** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **District of Puerto Rico** | |
| Case number | | **22-03228-11** | |

☑ Check if this is an amended filing

## Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   1.1 **PR 14 Km 62.7 Maton Abajo Ward**
   Street address, if available, or other description

   **Cayey, PR 00736-9654**
   City          State   ZIP Code

   **Cayey**
   County

   **What is the property?** Check all that apply.

   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☑ Other ____**Commercial**____

   **Who has an interest in the property?** Check one.

   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☑ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   **Other information you wish to add about this item, such as local property identification number:** 665.6726 SQ. METER LOT WITH A COMMERCIAL PROPERTY.

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   **Current value of the entire property?**     **Current value of the portion you own?**
   $100,000.00                      $100,000.00

   **Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

   Fee Simple

   ☐ Check if this is community property (see instructions)

| | | | | |
|---|---|---|---|---|
| Debtor 1 | JOSE | HECTOR | RODRIGUEZ MARRERO | |
| Debtor 2 | SHEILA | MARIE | DIAZ MORALES | Case number *(if known)* 22-03228-11 |
| | First Name | Middle Name | Last Name | |

**1.2 DEBTOR'S MAIN RESIDENCE A:**
**3936.176 with a concrete structure**
**with living and dining rooms, 3**
**bedrooms, 2 baths and kitchen.**
Street address, if available, or other description

**EXT. SAN LUIS, PASEO LAJITA #6**
**CARR. 14 KM 48.5 INTERIOR**

**Albonito, PR 00705**
City            State     ZIP Code

**Albonito**
County

**What is the property?** Check all that apply.
- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number: _____

Do not deduct secured claims or exemptions. Put the
amount of any secured claims on *Schedule D: Creditors*
*Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $150,000.00 | $150,000.00 |

**Describe the nature of your ownership interest**
**(such as fee simple, tenancy by the entireties, or a**
**life estate), if known.**

**Fee Simple**

- ☐ Check if this is community property
  (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages**
   **you have attached for Part 1. Write that number here.........................................................................** → | $250,000.00 |

| Debtor 1 | **JOSE** | **HECTOR** | **RODRIGUEZ MARRERO** | |
|---|---|---|---|---|
| Debtor 2 | **SHEILA** | **MARIE** | **DIAZ MORALES** | Case number *(if known)* __22-03228-11__ |
| | First Name | Middle Name | Last Name | |

## Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1 Make:  __Toyota__

Model:  __Rav4__

Year:  __2010__

Approximate mileage:  _____

Other information:
Broken transmission. No "marbete".

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $3,000.00 | $3,000.00 |

If you own or have more than one, list here:

3.2 Make:  __Toyota__

Model:  __Matrix__

Year:  __2004__

Approximate mileage:  _____

Other information:
Used by daughter.

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $3,500.00 | $3,500.00 |

3.3 Make:  __Honda__

Model:  __Civic__

Year:  __1991__

Approximate mileage:  _____

Other information:
No "marbete"

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $3,500.00 | $3,500.00 |

| Debtor 1 | JOSE | HECTOR | RODRIGUEZ MARRERO | | |
|---|---|---|---|---|---|
| Debtor 2 | SHEILA | MARIE | DIAZ MORALES | Case number *(if known)* | 22-03228-11 |
| | First Name | Middle Name | Last Name | | |

---

**3.4** Make:        Suzuki

Model:        XL7

Year:        2004

Approximate mileage: _____

Other information:

| Broken transmission. No "marbete". |

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        $3,000.00

**Current value of the portion you own?**        $3,000.00

---

**3.5** Make:        Honda

Model:        CR-V

Year:        2015

Approximate mileage: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        $14,500.00

**Current value of the portion you own?**        $14,500.00

---

**3.6** Make:        JEEP

Model:        GLADIATOR

Year:        2022

Approximate mileage: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        $52,000.00

**Current value of the portion you own?**        $52,000.00

---

**4.**   **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

---

**5.**   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................        →   $79,500.00

---

**Part 3:   Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

---

| Debtor 1 | JOSE | HECTOR | RODRIGUEZ MARRERO | |
|---|---|---|---|---|
| Debtor 2 | SHEILA | MARIE | DIAZ MORALES | |
| | First Name | Middle Name | Last Name | Case number *(if known)* 22-03228-11 |

**6. Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe........

> Living and dining room sets, bedroom sets, stove, fridge, microwave, kitchenware, miscellaneous kitchen appliances, washer and dryer machines.

$4,000.00

**7. Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe........

> TV's, radio, cellular phones

$400.00

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe........

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No
☐ Yes. Describe........

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes. Describe........

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe........

> Clothes, shoes and accesories.

$500.00

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe........

> Wrist watches, chains, bracelets, ring, earring sets.

$1,000.00

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No
☑ Yes. Describe........

> 2 DOGS

$50.00

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **JOSE** | **HECTOR** | **RODRIGUEZ MARRERO** | |
| Debtor 2 | **SHEILA** | **MARIE** | **DIAZ MORALES** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* __22-03228-11__ |

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Describe........

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here**................................................................................. → | **$5,950.00** |

---

**Part 4:  Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?       Current value of the portion you own? Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes................................................................................................................. Cash.............. | **$200.00** |

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes.................

Institution name:

| | | |
|---|---|---|
| 17.1. Other financial account: | **BPPR commercial account x2581 Account required by "Loterias de PR" Money does not belong to the debtors.** | **$0.00** |
| 17.2. Other financial account: | **BPPR savings account x4643** | **$7,000.00** |
| 17.3. Other financial account: | **Firstbank** | **$0.00** |
| 17.4. Savings account: | **First Bank commercial account x2525** | **$1,000.00** |
| 17.5. Savings account: | **Oriental Bank savings account** | **$0.00** |
| 17.6. Checking account: | **Oriental Bank checking account x5449** | **$500.00** |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes.................

Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific information about them...................

Name of entity:                          % of ownership:

| Debtor 1 | JOSE | HECTOR | RODRIGUEZ MARRERO | |
|---|---|---|---|---|
| Debtor 2 | SHEILA | MARIE | DIAZ MORALES | Case number *(if known)* __22-03228-11__ |
| | First Name | Middle Name | Last Name | |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific
   Information about
   them...................

Issuer name:

_____   _____

21. **Retirement or pension accounts**

*Examples:*  Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each
   account separately.

Type of account:        Institution name:

Retirement account:    **PR GOVERNMENT RETIREMENT PLAN (UNDEFINED)**          **$1.00**

Additional account:    **AEELA**                                              **$3,500.00**

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes.....................

                    Institution name or individual:

Electric:           _____   _____

Gas:                _____   _____

Heating oil:        _____   _____

Security deposit on rental unit:  _____   _____

Prepaid rent:       _____   _____

Telephone:          _____   _____

Water:              _____   _____

Rented furniture:   _____   _____

Other:              _____   _____

| Debtor 1 | JOSE | HECTOR | RODRIGUEZ MARRERO | |
|---|---|---|---|---|
| Debtor 2 | SHEILA | MARIE | DIAZ MORALES | |
| | First Name | Middle Name | Last Name | Case number *(if known)* 22-03228-11 |

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☐ No
☑ Yes....................

Issuer name and description:

**TRIPLE S AMERICAN NATIONAL | Life insurance cash value**          **$3,000.00**

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes....................

Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them....

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:*  Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them....

**27. Licenses, franchises, and other general intangibles**
*Examples:*  Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☐ No
☑ Yes. Give specific information about them....   LIQUOR SALES LICENSE          $0.00

**Money or property owed to you?**                                    **Current value of the portion you own? Do not deduct secured claims or exemptions.**

**28. Tax refunds owed to you**

☑ No
☐ Yes.  Give specific information about them, including whether you already filed the returns and the tax years........................

Federal: _____
State: _____
Local: _____

**29. Family support**
*Examples:*  Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

| Debtor 1 | JOSE | HECTOR | RODRIGUEZ MARRERO | |
|---|---|---|---|---|
| Debtor 2 | SHEILA | MARIE | DIAZ MORALES | |
| | First Name | Middle Name | Last Name | Case number *(if known)* 22-03228-11 |

☑ No
☐ Yes. Give specific information..........

Alimony: _____
Maintenance: _____
Support: _____
Divorce settlement: _____
Property settlement: _____

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No
☑ Yes. Give specific information..........

| PR Department of Education (tutoring income owed) | $1,433.00 |
|---|---|

31. **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance company of each policy and list its value....

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| | | |

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☐ No
☑ Yes. Give specific information..........

| Co-debtor's inheritance interest. See attachment. | $1,250.00 |
|---|---|

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No
☑ Yes. Describe each claim................

| For disclosure purpose and reservation of rights. Debtor is presently investigating potential violations of consumer laws. At this moment, no specific claims have been identified. If any actual violations are discovered, the corresponding claims will be filed, and this schedule will be amended accordingly. | unknown |
|---|---|

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim................

Official Form 106A/B                    Schedule A/B: Property                    page 9

| Debtor 1 | JOSE SHEILA | HECTOR MARIE | RODRIGUEZ MARRERO DIAZ MORALES | Case number *(if known)* 22-03228-11 |
|---|---|---|---|---|
| Debtor 2 | First Name | Middle Name | Last Name | |

**35.  Any financial assets you did not already list**

☑ No
☐ Yes.  Give specific information..........

**36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................................➔**   **$17,884.00**

### Part 5:  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37.  Do you own or have any legal or equitable interest in any business-related property?**
☐ No. Go to Part 6.
☑ Yes. Go to line 38.

Current value of the portion you own? Do not deduct secured claims or exemptions.

**38.  Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe........

**39.  Office equipment, furnishings, and supplies**

*Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No
☑ Yes. Describe........   Business equipment   **$15,000.00**

**40.  Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe........

**41.  Inventory**

☐ No
☑ Yes. Describe........   Business inventory   **$13,000.00**

**42.  Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe........

Name of entity: _____   % of ownership: _____%   _____

**43.  Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
☑ No
☐ Yes. Describe........

| Debtor 1 | **JOSE** | **HECTOR** | **RODRIGUEZ MARRERO** | |
|---|---|---|---|---|
| Debtor 2 | **SHEILA** | **MARIE** | **DIAZ MORALES** | Case number *(if known)* 22-03228-11 |
| | First Name | Middle Name | Last Name | |

**44.** **Any business-related property you did not already list**

☑ No
☐ Yes. Give specific
information.........

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here.................................................................................................➔  **$28,000.00**

---

**Part 6:**  **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

**46.** **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☑ No. Go to Part 7.
☐ Yes. Go to line 47.

> **Current value of the portion you own?**
> Do not deduct secured claims or exemptions.

**47.** **Farm animals**
*Examples:*  Livestock, poultry, farm-raised fish
☑ No
☐ Yes.........................

**48.** **Crops—either growing or harvested**
☑ No
☐ Yes. Give specific
information.............

**49.** **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
☑ No
☐ Yes.........................

**50.** **Farm and fishing supplies, chemicals, and feed**
☑ No
☐ Yes.........................

**51.** **Any farm- and commercial fishing-related property you did not already list**
☑ No
☐ Yes. Give specific
information.............

**52.** Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
for Part 6. Write that number here.................................................................................................➔  **$0.00**

---

**Part 7:**  **Describe All Property You Own or Have an Interest in That You Did Not List Above**

| Debtor 1 | **JOSE** | **HECTOR** | **RODRIGUEZ MARRERO** | |
|---|---|---|---|---|
| Debtor 2 | **SHEILA** | **MARIE** | **DIAZ MORALES** | Case number *(if known)* **22-03228-11** |
| | First Name | Middle Name | Last Name | |

---

**53. Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific
information.............

_____
_____
_____

**54.** Add the dollar value of all of your entries from Part 7. Write that number here...................................➔ | **$0.00**

---

**Part 8:** **List the Totals of Each Part of this Form**

**55.** Part 1: Total real estate, line 2.................................................................................................➔ | **$250,000.00**

**56.** Part 2: Total vehicles, line 5        **$79,500.00**

**57.** Part 3: Total personal and household items, line 15        **$5,950.00**

**58.** Part 4: Total financial assets, line 36        **$17,884.00**

**59.** Part 5: Total business-related property, line 45        **$28,000.00**

**60.** Part 6: Total farm- and fishing-related property, line 52        **$0.00**

**61.** Part 7: Total other property not listed, line 54        **+**        **$0.00**

**62.** Total personal property. Add lines 56 through 61..............        **$131,334.00**        Copy personal property total ➔        **+**        **$131,334.00**

**63.** Total of all property on Schedule A/B. Add line 55 + line 62...............................................................        **$381,334.00**

Fill in this information to identify your case:

| Debtor 1 | JOSE | HECTOR | RODRIGUEZ MARRERO |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | SHEILA | MARIE | DIAZ MORALES |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of Puerto Rico**

Case number (if known): **22-03228-11**

☑ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. L
property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is ne
out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case n
known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific
amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statute
Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar ar
However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of
property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:  Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*
   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow ex |
|---|---|---|---|
| Brief description: 2010 Toyota Rav4  Broken transmission. No "marbete". | $3,000.00 | ☑ $3,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Line from *Schedule A/B*:  3.1 | | | |
| Brief description: 2004 Toyota Matrix  Used by daughter. | $3,500.00 | ☑ $3,500.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Line from *Schedule A/B*:  3.2 | | | |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)
   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
   　☐ No
   　☐ Yes

| | | |
|---|---|---|
| Debtor 1 | **JOSE** | **HECTOR** |
| Debtor 2 | **SHEILA** | **MARIE** |
| | First Name | Middle Name |

**RODRIGUEZ MARRERO**
**DIAZ MORALES**
Last Name

Case number *(if known)*  22-03228-11

## Part 2:  Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exe |
|---|---|---|---|
| Brief description:<br>1991 Honda Civic<br>No "marbete"<br><br>Line from *Schedule A/B:* __3.3__ | $3,500.00 | ☑  $3,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| Brief description:<br>2004 Suzuki XL7<br>Broken transmission. No "marbete".<br><br>Line from *Schedule A/B:* __3.4__ | $3,000.00 | ☑  $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| Brief description:<br>Living and dining room sets, bedroom sets, stove, fridge, microwave, kitchenware, miscellaneous kitchen appliances, washer and dryer machines.<br><br>Line from *Schedule A/B:* __6__ | $4,000.00 | ☑  $4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>TV's, radio, cellular phones<br><br>Line from *Schedule A/B:* __7__ | $400.00 | ☑  $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>Clothes, shoes and accesories.<br><br>Line from *Schedule A/B:* __11__ | $500.00 | ☑  $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>Wrist watches, chains, bracelets, ring, earring sets.<br><br>Line from *Schedule A/B:* __12__ | $1,000.00 | ☑  $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| Brief description:<br>2 DOGS<br><br>Line from *Schedule A/B:* __13__ | $50.00 | ☑  $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>Cash<br><br>Line from *Schedule A/B:* __16__ | $200.00 | ☑  $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

Official Form 106C                    Schedule C: The Property You Claim as Exempt

| Debtor 1 | JOSE | HECTOR | RODRIGUEZ MARRERO | |
| Debtor 2 | SHEILA | MARIE | DIAZ MORALES | |
| | First Name | Middle Name | Last Name | Case number *(if known)* 22-03228-11 |

### Part 2:  Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exc |
|---|---|---|---|
| **Brief description:**<br>Oriental Bank checking account x5449<br>Checking account<br><br>Line from *Schedule A/B:*  17 | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Brief description:**<br>BPPR savings account x4643<br>Other financial account<br><br>Line from *Schedule A/B:*  17 | $7,000.00 | ☑ $5,800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Brief description:**<br>First Bank commercial account x2525<br>Savings account<br><br>Line from *Schedule A/B:*  17 | $1,000.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Brief description:**<br>PR GOVERNMENT RETIREMENT PLAN (UNDEFINED)<br><br>Line from *Schedule A/B:*  21 | $1.00 | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(12) |
| **Brief description:**<br>AEELA<br><br>Line from *Schedule A/B:*  21 | $3,500.00 | ☑ $3,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(12) |
| **Brief description:**<br>TRIPLE S AMERICAN NATIONAL<br><br>Line from *Schedule A/B:*  23 | $3,000.00 | ☑ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Brief description:**<br>PR Department of Education (tutoring income owed)<br><br>Line from *Schedule A/B:*  30 | $1,433.00 | ☑ $1,433.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Brief description:**<br>Co-debtor's inheritance interest. See attachment.<br><br>Line from *Schedule A/B:*  32 | $1,250.00 | ☑ $1,250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

| Debtor 1 | JOSE | HECTOR | RODRIGUEZ MARRERO | | |
|---|---|---|---|---|---|
| Debtor 2 | SHEILA | MARIE | DIAZ MORALES | | |
| | First Name | Middle Name | Last Name | Case number *(if known)* | 22-03228-11 |

## Part 2:  Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exe |
|---|---|---|---|
| Brief description:<br><br>Business Inventory<br><br>Line from *Schedule A/B*:  41 | $13,000.00 | ☑  $5,600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(6) |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | JOSE | HECTOR | RODRIGUEZ MARRERO |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | SHEILA | MARIE | DIAZ MORALES |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of Puerto Rico**

Case number (if known): **22-03228-11**

☑ Check if this is an amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.**

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** IVAN DE JESUS<br>Name<br><br>Number     Street<br><br>City                 State     ZIP Code | Residential lease for daughter studying in Rio Piedras. Contract to be ASSUMED |
| **2.2**<br>Name<br><br>Number     Street<br><br>City                 State     ZIP Code | |
| **2.3**<br>Name<br><br>Number     Street<br><br>City                 State     ZIP Code | |
| **2.4**<br>Name<br><br>Number     Street<br><br>City                 State     ZIP Code | |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **JOSE** | **HECTOR** | **RODRIGUEZ MARRERO** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **SHEILA** | **MARIE** | **DIAZ MORALES** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **District of Puerto Rico** | |
| Case number (if known) | **22-03228-11** | | |

☐ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _/s/ JOSE HECTOR RODRIGUEZ MARRERO_
JOSE HECTOR RODRIGUEZ MARRERO, Debtor 1

X _/s/ SHEILA MARIE DIAZ MORALES_
SHEILA MARIE DIAZ MORALES, Debtor 2

Date  11/08/2022
 MM/ DD/ YYYY

Date  11/08/2022
 MM/ DD/ YYYY

Official Form 106Dec                    Declaration About an Individual Debtor's Schedules

Scanned with CamScanner

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **JOSE** | **HECTOR** | **RODRIGUEZ MARRERO** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **SHEILA** | **MARIE** | **DIAZ MORALES** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:     **District of Puerto Rico**

Case number     **22-03228-11**
(if known)

☑ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy      04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

---

**Part 1:   Give Details About Your Marital Status and Where You Lived Before**

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| Number   Street | From _____ To _____ | Number   Street | From _____ To _____ |
| City      State   ZIP Code | | City      State   ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| Number   Street | From _____ To _____ | Number   Street | From _____ To _____ |
| City      State   ZIP Code | | City      State   ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No

☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2:** **Explain the Sources of Your Income**

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
| --- | --- | --- | --- | --- |
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $27,000.00 | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $31,139.00 |
| **For last calendar year:**<br>(January 1 to December 31, 2021 )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $63,883.00 | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $24,816.00 |
| **For the calendar year before that:**<br>(January 1 to December 31, 2020 )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $236,715.00 | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $23,272.00 |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☑ No
☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
| --- | --- | --- | --- | --- |
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | _____ | _____ | _____ | _____ |
| | _____ | _____ | _____ | _____ |
| **For last calendar year:**<br>(January 1 to December 31, 2021 )<br>YYYY | _____ | _____ | _____ | _____ |
| | _____ | _____ | _____ | _____ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2020 )<br>YYYY | _____ | _____ | _____ | _____ |
| | _____ | _____ | _____ | _____ |

Official Form 107                Statement of Financial Affairs for Individuals Filing for Bankruptcy                page 2

| Debtor 1 | JOSE | HECTOR | RODRIGUEZ MARRERO | |
|----------|------|--------|-------------------|---|
| Debtor 2 | SHEILA | MARIE | DIAZ MORALES | Case number *(if known)* 22-03228-11 |
| | First Name | Middle Name | Last Name | |

**Part 3:  List Certain Payments You Made Before You Filed for Bankruptcy**

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ **No.**  Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☑ **Yes.**  Debtor 1 or Debtor 2 or both have primarily consumer debts.

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| Creditor's Name | | | | ☐ Mortgage |
| | | | | ☐ Car |
| Number      Street | | | | ☐ Credit card |
| | | | | ☐ Loan repayment |
| | | | | ☐ Suppliers or vendors |
| City               State        ZIP Code | | | | ☐ Other _____ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | | | | |
| Number      Street | | | | |
| City               State        ZIP Code | | | | |

| Debtor 1 | **JOSE** | **HECTOR** | **RODRIGUEZ MARRERO** | |
|---|---|---|---|---|
| Debtor 2 | **SHEILA** | **MARIE** | **DIAZ MORALES** | Case number *(if known)* 22-03228-11 |
| | First Name | Middle Name | Last Name | |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| Insider's Name | | | | |
| Number    Street | | | | |
| City         State    ZIP Code | | | | |

---

**Part 4:  Identify Legal Actions, Repossessions, and Foreclosures**

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | PR RECOVERY AND DEVELOPMENT JV, LLC VS. JOSE HECTOR RODRIGUEZ MARRERO; SHEILA MARIE DIAZ MORALES | COLLECTION OF MONEY AND FORECLOSURE | PR STATE CT GUAYAMA PART<br>Court Name<br>PO Box 300<br>Number    Street<br>Guayama, PR 00785<br>City              State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | G CD2016-0034 | | | |
| Case title | BANCO POPULAR DE PR VS. JOSE HECTOR RODRIGUEZ MARRERO | COLLECTION OF MONEY (IN REM) | PR STATE CT AIBONITO PART<br>Court Name<br>PO Box 1449<br>Number    Street<br>Aibonito, PR 00705<br>City              State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | AI2022CV00123 | | | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

Debtor 1   **JOSE**           **HECTOR**        **RODRIGUEZ MARRERO**
Debtor 2   **SHEILA**         **MARIE**         **DIAZ MORALES**                    Case number *(if known)* 22-03228-11
           First Name         Middle Name       Last Name

| Describe the property | Date | Value of the property |
|---|---|---|
| | | |

Creditor's Name

**Explain what happened**

❏ Property was repossessed.

Number   Street

❏ Property was foreclosed.

❏ Property was garnished.

City         State   ZIP Code

❏ Property was attached, seized, or levied.

---

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

❏ Yes. Fill in the details.

| Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|
| | | |

Creditor's Name

Number   Street

City         State   ZIP Code        Last 4 digits of account number: XXXX–___ ___ ___ ___

---

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

❏ Yes

---

**Part 5:   List Certain Gifts and Contributions**

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

❏ Yes. Fill in the details for each gift.

Debtor 1  JOSE        HECTOR       RODRIGUEZ MARRERO
Debtor 2  SHEILA      MARIE        DIAZ MORALES                        Case number (if known) 22-03228-11
          First Name  Middle Name  Last Name

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |
| Person to Whom You Gave the Gift | | | |
| | | | |
| Number    Street | | | |
| City                State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

**14.** Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| | | | |
| Charity's Name | | | |
| | | | |
| Number    Street | | | |
| City                State    ZIP Code | | | |

---

## Part 6: List Certain Losses

**15.** Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss. Include the amount that insurance has paid. List pending insurance claims on line 33 of Schedule A/B: Property. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

| Debtor 1 | JOSE | HECTOR | RODRIGUEZ MARRERO | |
|---|---|---|---|---|
| Debtor 2 | SHEILA | MARIE | DIAZ MORALES | |
| | First Name | Middle Name | Last Name | Case number (if known) 22-03228-11 |

**Part 7:    List Certain Payments or Transfers**

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| The Batista Law Group | Attorney's fees $5,000; Filing Costs $1,738.00 | | |
| Person Who Was Paid | | 10/31/2022 | $5,000.00 |
| Capital Center Building 239 Ave. | | 10/31/2022 | $1,738.00 |
| Arterial Hostos 206 | | | |
| Number    Street | | | |
| San Juan, PR 00918 | | | |
| City            State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number    Street | | | |
| City            State    ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☐ No

☑ Yes. Fill in the details.

| Debtor 1 | JOSE | HECTOR | RODRIGUEZ MARRERO | |
| Debtor 2 | SHEILA | MARIE | DIAZ MORALES | |
| | First Name | Middle Name | Last Name | Case number *(if known)* 22-03228-11 |

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| AUTO GRUPO CHRYSLER | 2014 Honda Civic | $2,313.00 | |
| Person Who Received Transfer | $2,313.00 | | 09/30/2022 |
| 65TH INFANTERIA, ESQ. JUAN | | | |
| PENA REYES | | | |
| Number     Street | | | |
| San Juan, PR 00936 | | | |
| City              State    ZIP Code | | | |
| Person's relationship to you | | | |
| None | | | |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | |
| _____ | | |

---

**Part 8:  List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution | XXXX– ___ ___ ___ ___ | ☐ Checking | _____ | _____ |
| | | ☐ Savings | | |
| Number     Street | | ☐ Money market | | |
| | | ☐ Brokerage | | |
| City           State    ZIP Code | | ☐ Other _____ | | |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

Official Form 107                 Statement of Financial Affairs for Individuals Filing for Bankruptcy                          page 8

Debtor 1     **JOSE**              **HECTOR**              **RODRIGUEZ MARRERO**
Debtor 2     **SHEILA**            **MARIE**               **DIAZ MORALES**
             First Name            Middle Name             Last Name              Case number *(if known)* 22-03228-11

| Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|
| **Name of Financial Institution** | **Name** | ☐ No |
| | | ☐ Yes |
| **Number   Street** | **Number   Street** | |
| | **City          State   ZIP Code** | |
| **City          State   ZIP Code** | | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

| Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|
| **Name of Storage Facility** | **Name** | ☐ No |
| | | ☐ Yes |
| **Number   Street** | **Number   Street** | |
| | **City          State   ZIP Code** | |
| **City          State   ZIP Code** | | |

**Part 9:   Identify Property You Hold or Control for Someone Else**

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

| Where is the property? | Describe the property | Value |
|---|---|---|
| **Owner's Name** | **Number   Street** | |
| | | |
| **Number   Street** | **City          State   ZIP Code** | |
| **City          State   ZIP Code** | | |

| Debtor 1 | JOSE | HECTOR | RODRIGUEZ MARRERO | |
|---|---|---|---|---|
| Debtor 2 | SHEILA | MARIE | DIAZ MORALES | |
| | First Name | Middle Name | Last Name | Case number *(if known)* 22-03228-11 |

**Part 10:  Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number      Street | Number      Street | | |
| | City               State    ZIP Code | | |
| City               State    ZIP Code | | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number      Street | Number      Street | | |
| | City               State    ZIP Code | | |
| City               State    ZIP Code | | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| Debtor 1 | JOSE | HECTOR | RODRIGUEZ MARRERO | | |
|---|---|---|---|---|---|
| Debtor 2 | SHEILA | MARIE | DIAZ MORALES | | |
| | First Name | Middle Name | Last Name | Case number *(if known)* 22-03228-11 | |

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title _____ | **Court Name** _____ | | ☐ Pending |
| _____ | | | ☐ On appeal |
| | **Number    Street** | | ☐ Concluded |
| Case number _____ | **City          State    ZIP Code** | | |

---

**Part 11:** Give Details About Your Business or Connections to Any Business

**27.** Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| SUPERMARCADO TU ORDEN | Describe the nature of the business | Employer identification number |
|---|---|---|
| **Name** | Supermarket | Do not include Social Security number or ITIN. |
| | | EIN: ___ – _____ |
| BO, MATON ABAJO | Name of accountant or bookkeeper | Dates business existed |
| **Number    Street** | | |
| _____ | | From  2011        To _____ |
| Cayey, PR 00736 | | |
| **City          State    ZIP Code** | | |

**28.** Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☑ No

☐ Yes. Fill in the details below.

| | Date issued |
|---|---|
| _____ | |
| **Name** | **MM / DD / YYYY** |
| _____ | |
| **Number    Street** | |
| _____ | |
| **City          State    ZIP Code** | |

| | | | |
|---|---|---|---|
| Debtor 1 | JOSE | HECTOR | RODRIGUEZ MARRERO |
| Debtor 2 | SHEILA | MARIE | DIAZ MORALES |
| | First Name | Middle Name | Last Name |

Case number *(if known)* 22-03228-11

**Part 12** Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _/s/ JOSE HECTOR RODRIGUEZ MARRERO_
Signature of JOSE HECTOR RODRIGUEZ
MARRERO, Debtor 1

X _/s/ SHEILA MARIE DIAZ MORALES_
Signature of SHEILA MARIE DIAZ MORALES, Debtor 2

Date 11/08/2022

Date 11/08/2022

Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☑ No

☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____

Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Official Form 107

Statement of Financial Affairs for Individuals Filing for Bankruptcy

page 12

Scanned with CamScanner

**22-03228-MCF11** JOSE HECTOR RODRIGUEZ MARRERO and SHEILA MARIE DIAZ MORALES
**Case type:** bk **Chapter:** 11 **Asset:** Yes **Vol:** v **US BANKRUPTCY JUDGE:** MILDRED CABAN FLORES
**Date filed:** 11/09/2022 **Date of last filing:** 11/16/2022

# Creditors

**AMERICAN LEADING FINANCE**
PO Box BOX 192367
San Juan, PR 00919

(5042815)
(cr)

**BANCO POPULAR DE PR**
Po Box 362708
San Juan, PR 00936-2708

(5042816)
(cr)

**CRIM**
PO Box 195387
San Juan, PR 00919-5387

(5042817)
(cr)

**DEPARTAMENTO DE HACIENDA**
BANKRUPTCY DEPARTMENT
Po Box 9024140
San Juan, PR 00902-4140

(5042818)
(cr)

**FERRAIUOLI, LLC**
LCDO. LUIS G. PARRILLA HERNANDEZ
PO Box 195168
San Juan, PR 00919

(5042819)
(cr)

**FERRAIUOLI, LLC**
LCDA. SOFIA ANGELICA VAZQUEZ LOZADA
PO Box 195168
San Juan, PR 00919

(5042820)
(cr)

**FRAU & ASOCIADOS**
JUAN CARLOS GIROD BARNES
PO Box 331150
Ponce, PR 00733

(5042821)
(cr)

**GENESIS AUTO SALES**
RR 1 BOX 3484 BO. RINCON
Cidra, PR 00739

(5042822)
(cr)

**IRS**
PO Box 7346
Philadelphia, PA 19101

(5042823)
(cr)

**IVAN DE JESUS**

(5042824)
(cr)

**LUMA ENERGY**
PO Box BOX 363508
San Juan, PR 00936

(5042825)
(cr)

**LVNV FUNDING**

(5042826)

PO Box 10497                                    (cr)
Greenville, SC 29603

**Municipio de Cayey**                          (5042827)
PO Box 371330                                   (cr)
Cayey, PR 00737

**PR RECOVERY AND DEVELOPMENT JV, LLC.**        (5042828)
PO Box 361110                                   (cr)
San Juan, PR 00936

**SMALL BUSINESS ADMINISTRATION**               (5042829)
PO Box 3918                                     (cr)
Portland, OR 97208-3918

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/01/2022 08:45:06 | | | |
| PACER Login: | jebs5148 | Client Code: | |
| Description: | Creditor List | Search Criteria: | 22-03228-MCF11 Creditor Type: All |
| Billable Pages: | 1 | Cost: | 0.10 |